IN THE COMMONWEALTH COURT OF PENNSYLVANIA

County of Northumberland          :
                                  :
            v.                    :          No. 982 C.D. 2021
                                  :
Township of Coal,                 :
                Appellant         :

**PER CURIAM**                    **O R D E R**

NOW, December 16, 2022, having considered Appellant's application for reargument, the application is denied.